3:09 CI 12



(the Seal of the Living God)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 23 2011
J T NOBLIN, CLERK
BY_____DEPUTY

August 13, 2011

Dear U. S. Clerk of Courts, Southern District, MS,

    Please file the attached Motion for a New Trial and
    the accompanying Memorandum for the Motion,

As I look forward to revisiting your beautiful state of Mississippi again...

sincerely,

MESSIAH  8.13.45 R.E. (Regenerated Era)

Steven Joseph Christopher, (the Messiah)

cc: U.S. Attorney's Office

IN THE UNITED STATES DISTRICT COURT OF MISSISSIPPI - SOUTHERN DISTRICT

UNITED STATES OF AMERICA
Plaintiff

VS.                                             Case # 12HTW-JCS-001

STEVEN JOSEPH CHRISTOPHER
Defendant

\* MOTION FOR NEW TRIAL \*

The Defendant, Steven Joseph Christopher pro se, pursuant to FRCrP33 respectfully requests the court to grant a new trial, or in the alternative, grant an evidentiary hearing on the motion, and support thereof, the Defendant states the following:

1) In September of '09, the Defendant plead guilty to one(1) count of violation 18 USC 871(a) - Making Unlawful Threats to President-Elect Obama. At the time, the Defendant was too ambivalent to make an accurate plea, due to factors related between what he felt intrinsically (that he was not guilty), and the desire to be viewed by the public as a principled individual, holding himself accountable for committing a vulgar act. (He didn't want to be viewed as a bigot or a "jerk".) Moreover, the Defendant nervously entered the plea of guilty with much apprehension and hesitation, not listening to his inner-voice, which was telling him not to plead guilty.

2) The Defendant was sentenced on November 6, 2009, to 36 months in prison and 2 years of supervised probation.

3) The Defendant is scheduled for release on September 25, 2011.

4) On August 1, 2011, the Defendant had received newly discovered evidence, based on a 9th-Circuit ruling in United States vs. Bagdasarian, (U. S. Court of Appeals Case Number - 0950529), holding that same proximate conduct was not unlawful. Wherefore, with that same conduct, not being unlawful, the Defendant respectfully requests this court to allow him to withdraw his plea of guilty and set aside the verdict and order a new trial, or in the alternative, hold an evidentiary hearing thereof.

\* PLEASE SEE FOLLOWING MEMORANDUM IN SUPPORT OF THIS MOTION \*

Respectfully Submitted,

*MESSIAH 8.13.45 R.E.*
*(Regenerated Era)*

~~Steven Joseph~~ Christopher
09624-043
FMC Devens
P.O. Box 879
Ayer, MA 01432-879

cc: U.S. Attorney's Office

⇔ 09624-043 ⇔
Steven J Christopher
Fmc-Devens
PO BOX #879
Register#09624-043
AYER, MA 01432-879
United States

39201$502

⇔ 09624-043 ⇔
Us Clerk Of Courts
501 E Court ST  Suite 2500
Southern Dist. - MS
Jackson, MS 39201
United States

CENTRAL MA 01
17 AUG 2011 PM 1

RECEIVED
AUG 23 2011
Clerk, U.S. District Court
Southern District of Miss.